929 A.2d 638

**Ricky TEJADA, Petitioner,**

v.

**William E. FORD, Steve Luska, Kenneth C. Hilbert, Respondent.**

**No. 74 MM 2007.**

Supreme Court of Pennsylvania.

July 25, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus is denied and the judge's name is to be stricken from the caption.

929 A.2d 638

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Norberto Roberto MARTINEZ, Petitioner.**

**No. 82 MM 2007.**

Supreme Court of Pennsylvania.

July 25, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, Andrea Mertz, Esquire is directed to comply with Pa.R.Crim.P. 122(B)(2). The petition for allowance of appeal nunc pro tunc is to be filed within forty-five (45) days of the date of this order.